IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHRISTOPHER WAYNE TUCKER,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　　Civil Action No. **3:22CV449**

DR. ABDUL JAMALUDEEN, *et al.*,

    Defendants.

## MEMORANDUM OPINION

On September 12, 2022, the United States Postal Service returned the August 25, 2022 Memorandum Order to the Court because Plaintiff had moved. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall accompany this Memorandum Opinion.

/s/
M. Hannah Lauck
United States District Judge

Date: 10/24/2022
Richmond, Virginia